UNITED STATES DISTRICT COURT

FOURTH DIVISION

| | |
|---|---|
| Lori Nystrom<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>United States of America,<br><br>　　　　　　　Defendant. | **COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>Case No.: 21-cv-00812 |

I

JURISDICTION

This action arises under the Federal Tort Claims Act, 28 USC §§ 2671-2680. This Court is vested with jurisdiction pursuant to 28 USC § 1346(b).

II

VENUE

The acts and omissions complained of in this Complaint occurred in the City of St. Michael, County of Wright, State of Minnesota which is within the Fourth Division of the District of Minnesota.

III

CAUSE OF ACTION

On December 14, 2019, at approximately 9:20 a.m., plaintiff Lori Nystrom was in her home at 2002 Queen Avenue North, Minneapolis, Minnesota. At or around the same time, Ka Yang, an employee of defendant, was on her postal route in course and scope of her employment with defendant, when she came upon a loose dog and placed it in plaintiff's fenced yard without permission, and by reason of the negligence of defendant's employee, Ka Yang, in violation of the United States Postal Service rules

and regulations pertaining to loose dogs, plaintiff Lori Nystrom was caused to be bit by said dog when she exited her home.

IV

As a result of the negligence of defendant's employee, Ka Yang, asherein before alleged, plaintiff Lori Nystrom was injured, has in the past and will in the future suffer pain and disability, has in the past and will in the future incur medical expense, has in the past and will in the future suffer loss of earnings and impairment of earning capacity, and has been otherwise injured.

V

That on the March 23, 2020, plaintiff Lori Nystrom filed a claim with the United States Postal Service, an agency of the United States, which was denied on September 11, 2020, and filed for reconsideration on February 1, 2021, which was denied on February 22, 2021.

VI

WHEREFORE, plaintiff Lori Nystrom requests judgment against defendant United States of America as follows:

1. For compensatory damages, the sum of Four Hundred FiftyThousand Dollars ($75,000.00);
2. Interest as allowed by law;
3. Costs of suit;
4. Such other and further relief as the Court may deem just andproper.

PERRON LAW OFFICE, LLC

Dated: March 26, 2021     By: /s/ Mark W. Perron
Mark W. Perron, #0396076
Attorney for Plaintiff
2150 Third Street
Suite 6
White Bear Lake, MN 55110
651-705-9098
mark@perronlawoffice.com